```
                              United States Bankruptcy Court
                                  District of Puerto Rico
In re:                                                           Case No. 10-05210-ESL
LUIS JAVIER RODRIGUEZ ACEVEDO                                    Chapter 7
MYRNA LIZ ANAYA GUTIERREZ
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0104-3          User: apontec              Page 1 of 1                  Date Rcvd: Apr 05, 2011
                              Form ID: pdf003            Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2011.
```
db/jdb     +LUIS JAVIER RODRIGUEZ ACEVEDO,   MYRNA LIZ ANAYA GUTIERREZ,   58 URB HACIENDA LA CIMA,
             CIDRA, PR 00739-9571
aty         ROBERTO FIGUEROA CARRASQUILLO,   PO BOX 193677,   SAN JUAN, PR  00919-3677
smg         DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR  00902-4140
smg         FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR  00902-0192
smg         INTERNAL REVENUE SERVICE,   PO BOX 7346,   PHILADELPHIA, PA  19101-7346
smg         PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
             SAN JUAN, PR  00918
cr          BANCO POPULAR PR,   CARLOS G BATISTA JIMENEZ ESQ,   PO BOX 331429,   PONCE, PR  00733-1429
cr         +ECMC,   P.O. Box 75906,   St. Paul, MN  55175-0906
cr         +PRA RECEIVABLE  MANAGEMENT LLC,   POB 41067,   NORFOLK, VA 23541-1067
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg        +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Apr 05 2011 18:35:44     US TRUSTEE,   EDIFICIO OCHOA,
             500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
cr          E-mail/Text: maria.benabe@firstbankpr.com Apr 05 2011 18:34:45     FIRSTBANK PUERTO RICO,
             PO BOX 9146,   SAN JUAN, PR  00908-0146
            E-mail/Text: ebnmail@ch13-pr.com Apr 05 2011 18:34:46     JOSE RAMON CARRION MORALES,
             CHAPTER 13 TRUSTEE,   PO BOX 9023884,   SAN JUAN, PR  00902-3884
cr          E-mail/PDF: rmscedi@recoverycorp.com Apr 05 2011 18:49:48     RECOVERY MANAGEMENT SYSTEMS CORP,
             RAMESH SINGH,   25 SE 2ND AVE STE 1120,   MIAMI, FL  33131-1605
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2011**          **Signature:** *Joseph Speetjens*

```
            IN THE UNITED STATES BANKRUPTCY COURT FOR
                   THE DISTRICT OF PUERTO RICO
```

IN RE:

CASE NO. 10-05210 ESL

LUIS JAVIER RODRIGUEZ ACEVEDO           Chapter 7

MYRNA LIZ ANAYA GUTIERREZ

XXX-XX-1845

XXX-XX-1642

FILED & ENTERED ON 04/05/2011

Debtor(s)

## ORDER DISCHARGING TRUSTEE
## AND RELEASING HIS BOND

The instant case was converted to Chapter 7 on 02/07/2011. The Chapter 13 Trustee has rendered a final report of his administration on 02/18/2011. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon released from further liability thereunder.

SO ORDERED.

San Juan, Puerto Rico, this 05 day of April, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: JOSE RAMON CARRION MORALES
    US TRUSTEE