IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 10-05210-ESL |
| | * | |
| LUIS J. RODRIGUEZ ACEVEDO | * | CHAPTER 7 |
| MYRNA L. ANAYA GUTIERREZ | * | |
| DEBTORS | * | |

## NOTICE OF RE-SCHEDULING OF 341 MEETING OF CREDITORS

TO THE HONORABLE COURT:

COME NOW, **LUIS J. RODRIGUEZ ACEVEDO and MYRNA L. ANAYA GUTIERREZ,** debtors in the above captioned case, through the undersigned attorney and very respectfully state and pray:

1. That the 341 Meeting of Creditors has been re-scheduled for April 26, 2011 at 3:30 PM.

### NOTICE TO CREDITORS AND PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN**, that the 341 Meeting of Creditors has been re-scheduled for April 26, 2011 at 3:30 PM, you are hereby notified that you may attend the meeting and examine the debtors.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 7 Trustee; and also certify that I have mailed by United States Postal Service copy of this notice to the following non CM/ECF participants and debtors, Luis J. Rodriguez Acevedo and Myrna L. Anaya Gutierrez; and to all creditors and parties in interest.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 13th day of April, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEYS FOR PETITIONERS
PO BOX 193677
SAN JUAN, PR 00919-3677
TEL NO. (787)744-7699
TEL FAX (787) 746-5294
EMAIL rfigueroa@prtc.net

RODRIGUEZ ACEVEDO, LUIS JAVIER
58 URB HACIENDA LA CIMA
CIDRA, PR 00739

FIA CSNA
4060 OGLETOWN/STAN
NEWARK, DE 19713

ANAYA GUTIERREZ, MYRNA LIZ
URB HACIENDA LA CIMA
F5 ROBLE STREET
CIDRA, PR 00739

FIRST BANK
PO BOX 19327
SAN JUAN, PR 00910-1427

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

SEARS
PO BOX 6189
SIOUX FALLS, SD 57117

AES/USEFG ELT BONY
1200 N 7TH ST
HARRISBURG, PA 17102

WACHOVIA
501 BLEECKER ST
UTICA, NY 13501

ASUME
PO BOX 11218
SAN JUAN, PR 00910-2318

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00936-8100

CITIFINANCIAL PLUS
PO BOX 499
HANOVER, MD 21076

CLARO
PO BOX 70366
SAN JUAN, PR 00936-8366

FED LOAN SERV
PO BOX 2461
HARRISBURG, PA 17105

FED LOAN SERV
PO BOX 2461
HARRISBURG, PA 17105